1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JEFF SCHENK (CABN 234355)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5061
7       FAX: (408) 535-5066
        Jeffrey.b.schenk@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-15-00427-BLF |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| RAGINI VECHAM, | |
| a/k/a Ragini Vechman, | |
| SOFTNET TECHNOLOGY SOLUTIONS, INC., | |
| a/k/a Sonora Staffing, | |
| RAMANA REDDY, ROSE 23 HAYWARD LLC, SAGE 20 HAYWARD LLC, JASMINE 20 HAYWARD LLC, TULIP 26 HAYWARD LLC, and LILY 20 HAYWARD LLC, | |
| Defendants. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Ragini Vecham, Softnet Technology Solutions, Inc., Ramana Reddy, Rose 23 Hayward LLC, Sage 20 Hayward

NOTICE OF DISMISSAL
No. CR 15-00427-BLF_____                                                          v.

LLC, Jasmine 20 Hayward LLC, Tulip 26 Hayward LLC, and Lily 20 Hayward LLC without prejudice.

DATED: 4/30/19

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

For: HALLIE HOFFMAN
Chief, Criminal Division

Leave is granted to the government to dismiss the indictment against Ragini Vecham, Softnet Technology Solutions, Inc., Ramana Reddy, Rose 23 Hayward LLC, Sage 20 Hayward LLC, Jasmine 20 Hayward LLC, Tulip 26 Hayward LLC, and Lily 20 Hayward LLC without prejudice.

Date: April 30, 2019

HON. BETH L. FREEMAN
United States District Judge

NOTICE OF DISMISSAL
No. CR 15-00427-BLF

v.